UNITED STATES OF AMERICA

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITYICE COLD STORAGE COMPANY,<br><br>　　　　Defendant. | Case No. C07-0410MJP<br><br>ORDER DENYING MOTION<br>TO BIFURCATE |

This matter comes before the Court on Plaintiff's motion to bifurcate. (Dkt. No. 11.) Defendant has not filed a response. Having considered Plaintiff's motion, the Court DENIES the request to bifurcate this case.

Plaintiff requests that the Court try the liability and relief issues in this case separately. This is not necessary here. The parties can bring motions related to any legal issues, including issues of standing and liability, early in the case. The parties are encouraged to cooperate to bring forward issues that may be resolved early in the case, avoiding the need for bifurcation.

Filed this 31st day of July, 2007.

　　　　　　　　　　　　　　　　　　　／s／ Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER – 1